# IN THE COURT OF APPEALS OF THE NAVAJO NATION

## WINDOW ROCK, NAVAJO NATION (ARIZONA)

IN THE MATTER OF THE ESTATE OF:)     No. A-CV-06-79
)
GOLDTEETH DESCHINE, aka, )
DESCHINE, C#70,470 )
)
        Deceased. )
)
GLADYS GORMAN, C#70,474 )     ▮▮▮▮▮▮▮▮▮▮
Sawmill, Arizona, )
)
       Petitioner-Appellee, )
)
     vs. )
)
GRACE DESCHINE, C#3540 )
Chinle, Arizona, )
)
      Respondent-Appellant. )
)

Pursuant to Rule 2, Rules of Appellate Procedure, the appeal in the above-entitled action is hereby DISMISSED upon the grounds and for the reason that Judgment by Default entered February 5, 1979, has been set aside by the Honorable Homer Bluehouse, Judge of the Chinle District Court, by Order dated April 18, 1979.

Dated this 18th day of May, 1979.

Robert B. Walters

Acting Chief Justice of the Navajo Nation